FILED
2026 Sep-11 AM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM HOWARD WESSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-01935-MHH-HNJ |
| | ) | |
| WARDEN SCOTTY SHAFFER, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION**

On July 29, 2026, the Magistrate Judge entered a report in which he recommended that the Court deny petitioner William Howard Wesson's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 as untimely. The Court has not received objections to the report.

Having reviewed the record in this case, the Court adopts the Magistrate Judge' report and accepts his recommendation. Consistent with that recommendation, by separate order, the Court will dismiss Mr. Wesson's amended § 2254 petition as untimely.

**DONE** and **ORDERED** this September 11, 2026.

Madeline H. Haikala

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE